IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| GLEN DALE SUMMERS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:18cv108-WHA |
| | ) | [WO] |
| ALABAMA BOARD OF PARDONS AND PAROLES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the court on the Plaintiff's Motion Requesting Dismissal Without Prejudice (Doc. #7).

The Motion was filed before the Complaint was served on the Defendant, therefore, the court will grant the Motion as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41.

Accordingly, it is ORDERED that the Motion is GRANTED and the case is DISMISSED without prejudice.

DONE this 21st day of March, 2018.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE